NORTHRIP, Respondent, v. HEALEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Charles R. Northrip against Henry H. Healey. No opinion. Judgment affirmed, with costs.

NORTHRUP, Respondent, v. VILLAGE OF SIDNEY, Appellant. (Supreme Court, Appellate Division, Third Department. March 14, 1905.) Action by Daniel L. Northrup against the village of Sidney.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PARKER, P. J., dissents.

NOWAKOWSKA v. GOLLICK & SMITH. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Constance Nowakowska against Gollick & Smith. No opinion. Motion denied, with $10 costs.

NUMAN, Respondent, v. WOLF, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Simon Numan against Samuel Wolf. No opinion. Judgment affirmed, with costs.

NUSL, Respondent, v. SCHACK, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Joseph Nusl against Morris Schack.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

In re NUTTING. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) In the matter of the application of Robert B. Nutting for admission to the bar. No opinion. Application granted.

OBORNE, Respondent, v. NEW YORK & N. S. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Bessie B. Oborne against the New York & North Shore Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

O'BRIEN, Respondent, v. D. S. MORGAN & CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Michael J. O'Brien against D. S. Morgan & Co. No opinion. Judgment and order affirmed, with costs.

O'BRIEN et al., Respondents, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Appeal from Special Term. Action by John O'Brien and another against Edward R. Thomas and others. From an order granting plaintiff's motion to withdraw a juror, defendants appeal. Modified. R. A. Irving, for appellants. J. W. Browne, for respondents.

PER CURIAM. The order should be modified, by requiring the plaintiffs to pay $10 costs of motion, the term fee, and the trial fee and disbursements of the term as a condition of granting the motion. As so modified, the order should be affirmed, without costs.

O'BRIEN et al., Respondents, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by John O'Brien and another against Edward R. Thomas and others. No opinion. Appeal dismissed, with $10 costs and disbursements.

OISHEI, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Appeal from Special Term, New York County. Action by Pasquale Zoccola against the Pennsylvania Railroad Company. Continued after settlement by Achille J. Oishei, plaintiff's attorney, to enforce an attorney's lien on the proceeds of a private settlement between the parties. From a judgment in favor of such attorney, the railroad company appeals. Reversed. Norman B. Beecher, for appellant. Thomas J. O'Neill, for respondent.

PER CURIAM. The facts in this case present the questions discussed and decided in Oishei v. Pennsylvania R. R. Co., and Bruno, 91 N. Y. Supp. 1034, argued herewith; and, on the authority of the opinion in that case, the judgment should be reversed, and a new trial granted, with costs to the appellant to abide the event.

OISHEI, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Appeal from Special Term, New York County. Action by Vincenzo Turnillo against the Pennsylvania Railroad Company. Continued after settlement by Achille J. Oishei, plaintiff's attorney, to enforce an attorney's lien on the proceeds of a private settlement between the parties. From a judgment in favor of such attorney, the railroad company appeals. Reversed. Norman B. Beecher, for appellant. Thomas J. O'Neill, for respondent.

PER CURIAM. The facts in this case present the questions discussed and decided in Oishei v. Pennsylvania R. R. Co., and Bruno, 91 N. Y. Supp. 1034, argued herewith; and, on the authority of the opinion in that case, the judgment should be reversed, and a new trial granted, with costs to the appellant to abide the event.

OISHEI, Respondent, v. PENNSYLVANIA R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Appeal from Special Term, New York County. Action by Paolo Cairo against the Pennsylvania Railroad Company. Continued after settlement by Achille J. Oishei, plaintiff's attorney, to enforce an attorney's lien on the proceeds of a private settlement between the parties. From a judgment in favor of such attorney, the railroad company appeals. Reversed. Norman B. Beecher, for appellant. Thomas J. O'Neill for respondent.

PER CURIAM. The facts in this case present the questions discussed and decided in